PD-1630-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 4:52:07 PM
Accepted 2/19/2015 11:30:27 AM
ABEL ACOSTA
CLERK

TO THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1630-14

MOTION FOR REHEARING ON DENIAL OF PETITION
FOR DISCRETIONARY REVIEW

FROM THE COURT OF APPEALS TEXAS

FIRST DISTRICT HOUSTON

EX PARTE JOSEPH MONTANO

COURT OF APPEALS CAUSE No. 01-13-01081-CR

APPELLANT MONTANO'S MOTION FOR REHEARING ON DENIAL
OF PETITION FOR DISCRETIONARY REVIEW

Raymond Coldren
Texas Bar No. 24045678
Attorney for Petitioner
Calderon Law Firm
1028 Edgebrook Drive
Houston, TX 77034
(713)732-0237
ercjr@hotmail.com

FILED IN
COURT OF CRIMINAL APPEALS

February 19, 2015

ABEL ACOSTA, CLERK

# IDENTITY OF PARTIES AND COUNSEL

| | |
|---|---|
| Trial Court Judge | The Honorable Marc Carter<br>228th District Court<br>Harris County, Texas |
| State of Texas | Ms. Devon Anderson<br>District Attorney for Harris County<br>1201 Franklin Street<br>Houston, TX  77002 |
| | Mr. Alan Curry<br>Assistant District Attorney<br>1201 Franklin Street<br>Houston, TX  77002 |
| | Ms. Amy McCauley<br>Assistant District Attorney<br>1201 Franklin Street<br>Houston, TX  77002 |
| | State Prosecuting Attorney<br>P.O. Box 13046<br>Capitol Station<br>Austin, TX  78711 |
| Mr. Joseph Montano<br>Petitioner<br>11006 Golden Fern Court<br>Houston, TX  77075 | Mr. Raymond Coldren<br>Attorney for Petitioner<br>Calderon Law Firm<br>Bar No. 24045678<br>1028 Edgebrook Drive<br>Houston, Texas  77034<br>(713) 732-0237 (voice)<br>ercjr@hotmail.com |

**TABLE OF CONTENTS**

IDENTITY OF PARTIES AND COUNSEL ......................................................... 2

TABLE OF CONTENTS ................................................................ 3

INDEX OF AUTHORITIES ................................................................ 4

GROUNDS FOR REHEARING ........................................................... 5

ARGUMENT ......................................................................... 5-6

PRAYER FOR RELIEF ................................................................. 8

CERTIFICATE OF SERVICE ............................................................ 9

CERTIFICATE OF COMPLIANCE .................................................... 10

# INDEX OF AUTHORITIES

Laws and Statutes

United States Constitution, Amendment V ..............................................................6


Cases


*Arizona v. Washington*, 434 U.S. 497 (1978) ...........................................................6

*Brown v. State*, 907 S.W.3d 835 (Tex. Crim. App. 1995) ........................................ 6

*Harrison v. State*, 772 S.W.2d 556 (Tex. App.—Dallas 1989) ............................... 5

*Torres v. State,* 614 S.W.2d 436 (Tex. Crim. App. 1981) ........................................ 6

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW, Petitioner Montano, and urges the Court to grant his Motion for Rehearing of a denial of petition for discretionary review for the reasons stated herein:

**GROUNDS FOR REHEARING**

Petitioner states the following reasons for granting motion for rehearing:

1. The Court of Appeals' decision conflicts with another court of appeals' decision on the same issue; and

2. The Court of Appeals has decided an important question of state and federal law in a way that conflicts with the applicable decisions of the Court of Criminal Appeals and the Supreme Court of the United States; and

3. The Court of Appeals was erroneous in its decision and calls for a decision in the exercise of The Court of Criminal Appeals' power of supervision

**ARGUMENT**

In *Harrison v. State*, the Dallas Court of Appeals held that the appellant in the case was not given an adequate opportunity to object since the trial court declared a mistrial almost immediately after first announcing its intention. *Harrison v. State*, 772 S.W.2d 556 (Tex. App.—Dallas 1989), *rev'd on other grounds,* 788 S.W.2d 18 (Tex. Crim. App. 1990). While the Court of Appeals in this case attempted to distinguish these facts from those in *Harrison*, they are too similar to ignore. In *Harrison*, the trial court announced it intended to declare a

5

mistrial after a hearing. In this case, the trial court announced it was declaring a mistrial after a hearing. Both situations are analogous, and differing opinions would constitute conflicting rulings on the same issue.

The United States Constitution prohibits a defendant from twice being put in jeopardy for the same offense. U.S. CONST. amend. V. If, after jeopardy attaches, the jury is discharged without having reached a verdict, double jeopardy will bar retrial. *Brown v. State*, 907 S.W.3d 835, 839 (Tex. Crim. App. 1995); *Arizona v. Washington*, 434 U.S. 497 (1978). A defendant must be given an adequate opportunity to object to the court's action. *Torres v. State,* 614 S.W.2d 436, 441-42 (Tex. Crim. App. 1981). Here, the trial court began its statement about the mistrial with "I'm going to declare a mistrial." Petitioner was not given an adequate opportunity to object, and the Court of Appeals' decision conflicts with well settled case law.

Since conflicting Court of Appeals' decisions are one of the paramount reasons for the Court of Criminal Appeals granting Petition for Discretionary Review, this Motion for Rehearing should be granted in order for the Court to review the underlying case.

I CERTIFY THAT THE FOREGOING MOTION IS SO GROUNDED AND THAT THE MOTION IS MADE IN GOOD FAITH AND NOT FOR DELAY.


February 17, 2015      /s/ Raymond F. Coldren
Date           Raymond F. Coldren
             Texas Bar. No. 24045678
             Attorney for Petitioner
             Calderon Law Firm
             1028 Edgebrook Drive
             Houston, TX  77034
             (713) 732-0237 (voice)
             ercjr@hotmail.com

## PRAYER FOR RELIEF

The Petitioner respectfully request that this Court grant this motion for rehearing, and then grant petition for discretionary review in this case.


<u>February 17, 2015</u>
Date

<u>/s/ Raymond F. Coldren</u>
Raymond F. Coldren
Texas Bar. No. 24045678
Attorney for Petitioner
Calderon Law Firm
1028 Edgebrook Drive
Houston, TX  77034
(713) 732-0237
ercjr@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on February 17, 2015, I served a copy of this document including any appendices by regular first class mail to:

Ms. Devon Anderson
District Attorney for Harris County
1201 Franklin Street
Houston, TX  77002

Mr. Alan Curry
Assistant District Attorney
1201 Franklin Street
Houston, TX  77002

Ms. Amy McCauley
Assistant District Attorney
1201 Franklin Street
Houston, TX  77002

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, TX  78711


/s/ Raymond F. Coldren
Raymond F. Coldren

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document is 421 words long and complies with Texas Rules of Appellate Procedure 9.4(i).

/s/ Raymond F. Coldren
Raymond F. Coldren
